**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2017 JUN -7 PM 12:40

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. SA:17-CR-0151-XR |
| | ) S U P E R S E D I N G |
| Plaintiff, | ) I N D I C T M E N T |
| v. | ) |
| | ) [Vio.: 21 U.S.C. § 846: |
| HILARIO VASQUEZ-VALDEZ, (1) | ) Conspiracy to Distribute and |
| CARLOS LEE RODRIGUEZ, (2) | ) Possess With Intent to |
| ARNOLDO YBAREZ-ACOSTA, AKA | ) Distribute a Controlled |
| ARNALDO YBANEZ-ACOSTA, (3) | ) Substance; 21 U.S.C. § |
| JOSE MENDOZA, (4) | ) 841(a)(1): Possession with |
| RUDOLFO H. CUREL, (5) | ) Intent to Distribute a |
| PABLO GUTIERREZ-RESENDEZ, (6) | ) Controlled Substance: |
| JAVIER ROMO, (7) | ) 18 U.S.C. § 2: Aiding and |
| MIGUEL ISAAC QUEZADA, (8) | ) Abetting.] |
| EMILCE CAPOTE, (9) | ) |
| | ) |
| Defendants. | ) |

THE GRAND JURY CHARGES:

### COUNT ONE
[21 U.S.C. § 846 to violate §§ 841(a)(1),
841(b)(1)(A) & 841(b)(1)(B)]

That beginning on or about June of 2016, the exact date unknown, and continuing until on or about February 19, 2017, in the Western District of Texas and elsewhere within the jurisdiction of the Court, Defendants,

HILARIO VASQUEZ-VALDEZ, (1)
CARLOS LEE RODRIGUEZ, (2)
ARNOLDO YBAREZ-ACOSTA AKA ARNALDO YBANEZ-ACOSTA, (3)
JOSE MENDOZA, (4)
RUDOLFO H. CUREL, (5)
PABLO GUTIERREZ-RESENDEZ, (6)
JAVIER ROMO, (7)
MIGUEL ISAAC QUEZADA, (8) AND,
EMILCE CAPOTE, (9)

1

unlawfully, knowingly, and intentionally combined, conspired, confederated and agreed together and with others to distribute a controlled substance, which offense involved 1,000 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) & 841(b)(1)(B), and in violation of Title 21, United States Code, Section 846.

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of the mixture or substance containing a controlled substance involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY |
|---|---|
| **HILARIO VASQUEZ-VALDEZ (1)** | 1,000 grams or more of a mixture or substance containing a detectable amount of heroin; 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine; and, 500 grams or more of a mixture or substance containing a detectable amount of cocaine; |

| | |
|---|---|
| CARLOS LEE RODRIGUEZ (2) | 1,000 grams or more of a mixture or substance containing a detectable amount of heroin; 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine; and, 500 grams or more of a mixture or substance containing a detectable amount of cocaine; |
| ARNOLDO YBAREZ-ACOSTA AKA ARNALDO YBANEZ-ACOSTA, (3) | 500 grams or more of a mixture or substance containing a detectable amount of cocaine |
| JOSE MENDOZA (4), | 1,000 grams or more of a mixture or substance containing a detectable amount of heroin; and, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine; |
| RUDOLFO H. CUREL (5) | 1,000 grams or more of a mixture or substance containing a detectable amount of heroin |
| PABLO GUTIERREZ-RESENDEZ (6) | 1,000 grams or more of a mixture or substance containing a detectable amount of heroin |
| JAVIER ROMO (7) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| MIGUEL ISAAC QUEZADA (8) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine; 100 grams or more of a mixture or substance containing a detectable amount of heroin; |
| EMILCE CAPOTE (9) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |

3

## COUNT TWO
[21 U.S.C. § 841(a)(1), 841(b)(1)(C)]

That on or about September 13, 2016, in the Western District of Texas, Defendant,

**HILARIO VASQUEZ-VALDEZ,**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a quantity of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
[21 U.S.C. § 841(a)(1), 841(b)(1)(C)]

That on or about September 20, 2016, in the Western District of Texas, Defendant,

**HILARIO VASQUEZ-VALDEZ,**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a quantity of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
[21 U.S.C. § 841(a)(1), 841(b)(1)(C)]

That on or about October 21, 2016, in the Western District of Texas, Defendant,

**HILARIO VASQUEZ-VALDEZ,**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a quantity

of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE
[21 U.S.C. § 841(a)(1), 841(b)(1)(A)]

That on or about January 6, 2017, in the Western District of Texas, Defendant,

**HILARIO VASQUEZ-VALDEZ,**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT SIX
[21 U.S.C. § 841(a)(1), 841(b)(1)(B)]

That on or about January 6, 2017, in the Western District of Texas, Defendant,

**MIGUEL ISAAC QUEZADA,**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 50 grams of methamphetamine (actual), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT SEVEN
[21 U.S.C. § 841(a)(1), 841(b)(1)(B)]

That on or about January 6, 2017, in the Western District of Texas, Defendant,

**MIGUEL ISAAC QUEZADA,**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 100 grams or more of a substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT EIGHT
[21 U.S.C. § 841(a)(1), 841(b)(1)(B)]

That on or about January 23, 2017, in the Western District of Texas, Defendant,

**JAVIER ROMO,**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved a quantity of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT NINE
[21 U.S.C. § 841(a)(1), 841(b)(1)(B)]
[18 U.S.C. § 2]

That on or about February 19, 2017, in the Western District of Texas, Defendants,

**HILARIO VASQUEZ-VALDEZ,**
**CARLOS LEE RODRIGUEZ, AND**
**ARNOLDO YBAREZ-ACOSTA AKA ARNALDO YBANEZ-ACOSTA,**

6

did unlawfully, knowingly and intentionally aid and abet each other to possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL.



FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

By: *[signature]*
CHARLIE STRAUSS
Assistant United States Attorney